## LEONARD BEST *v.* COMMISSIONER OF CORRECTION
### (AC 33306)

Lavine, Robinson and Alvord, Js.

Submitted on briefs April 13—officially released May 1, 2012

Per Curiam. The judgment is affirmed.

## MARJORIE A. COBLE *v.* BOARD OF EDUCATION OF THE CITY OF BRIDGEPORT
### (AC 33081)

Espinosa, Sheldon and Bishop, Js.

Argued April 17—officially released May 8, 2012

Per Curiam. The judgment is affirmed.

## JOANN O'BARA *v.* KENNETH S. O'BARA
### (AC 33308)

Beach, Alvord and Schaller, Js.

Argued April 19—officially released May 8, 2012

Per Curiam. The judgment is affirmed.